IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDGINA T. HENDRIX-SMITH, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: |
| | : | 1:22-CV-02063-SCJ |
| FAMILY TIES, INC., | : | |
| Defendant. | : | |

## ORDER

Plaintiff seeks to proceed in this Court without prepayment of fees or security pursuant to 28 U.S.C. § 1915(a). After consideration of Plaintiff's affidavit in support of the Application To Proceed Without Prepaying Fees Or Costs (Doc. 1), Plaintiff's request to proceed *in forma pauperis* is hereby **GRANTED.** The Clerk is directed to submit this action to the District Judge for review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED** this 25th day of May, 2022.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge