

UNITED STATES DISTRICT COURT
NORTHERN DIVISION

CASE NO.:

EDGINA T. HENDRIX-SMITH

Pro se   Plaintiff,

v.                                                                **1:22-CV-2063**

FAMILY TIES, INC.

Defendants,
_____/

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Edgina T. Hendrix-Smith, a resident of the State of Georgia and files this Complaint for Damages against Family Ties, Inc. and shows as follows:

## GENERAL ALLEGATIONS

This is a Civil Action for Wage Theft, Fraud, Medicaid and Insurance Fraud, and Identity Theft as well as Deceitful and Unfair Business Practices. Plaintiff is requesting damages for Emotional Distress. Plaintiff is requesting a judgment in the amount of $1,250,000.00 (one million, two-hundred and fifty-thousand dollars). Venue for this action is properly laid in the United States District Court Northern District of Georgia in Fulton County, City of Atlanta, State of Georgia.

   a. The causes of action alleged in this Complaint accrued in Fulton County, Georgia;

   b. Plaintiff is a resident of Gwinnett County, Georgia;

   c. Defendant(s) Family Ties, Inc. have a principal business address in Atlanta, Georgia;

   d. All conditions precedent to this action has been performed or have occurred in Fulton County and Gwinnett County, Georgia.

  e. At all times material hereto, Edgina T. Hendrix-Smith (hereinafter Plaintiff) was a Mental Health Therapist and Employee of Family Ties, Inc.

2) At all times material hereto, Family Ties, Inc. (hereinafter Defendant) was an Employer of Plaintiff.

3) Pursuant Wage Theft, Fraud, Medicaid Fraud and Insurance Fraud, as well as Unfair Business Practices, the Plaintiff has been treated unfairly and wrongfully terminated and has endured Emotional Distress and should receive Punitive Damages for Wage Theft, Fraud, and Identity Theft for the Defendants ruthless business practices. Plaintiff is requesting a judgment in the amount of $1,250,000.00 (one million, two hundred and fifty-thousand dollars).

## BACKGROUND

4) In summary, this action arises out of Family Ties, Inc. forcing Plaintiff from employment after Plaintiff complained to staff about Medicaid Theft, Insurance Fraud, Wage Theft, Fraud, and Identity Theft. Plaintiff's name was used to generate a note in the e-case system which was not completed or authorized by Plaintiff. As a result of concern for consumers who Family Ties serves, as well as my personal paycheck and insurance, Plaintiff requested to meet with CEO and Mr. Randy Joseph multiple times via e-mail, to no avail. It is the Plaintiff's belief that Family Ties, Inc. staff attempted to coerce Plaintiff into participating in illegal activity, and when Plaintiff refused, her position was terminated.

5) On or around December 17, 2021, Plaintiff received a letter from the court stating that my case had been Dismissed. No monies had been taken out of my paycheck the entire time that my case was opened. Plaintiff had never

given authorization for monies to be taken out of my paycheck. On Plaintiff's paycheck dated December 15th, 2021 through December 31, 2021, a sum in the amount of $850.00 was taken out by Family Ties, Inc. (Please see Exhibit A, paycheck from Family Ties, Inc.) Plaintiff made every effort to explore why monies were taken out and who took the money. On February 1, 2022 through February 15, 2022, another payment for $850.00 was mysteriously taken from me. After confronting the Accountant, Ms. Tamara Jackson, about the missing monies and threatening legal action, an amount of $850.00 was returned back to me in February 2022, however, Plaintiff had to send repeated e-mails and threats of legal action to get money returned back to me from Family Ties. In February 2022, Family Ties, Inc. again, failed to pay me for the work in which I completed. I informed Mr. Randy Joseph and Ms. Allyson, the Human Resource Officer. Plaintiff received a refund at a later date. In early April 2022, Plaintiff completed four assessments but was only paid for two. Plaintiff notified staff, and was paid almost one month later. According to staff, all documents were not submitted, yet his was not relayed to me. In other words, had Plaintiff not fought for wages, the money would not have been paid out. In late April 2022, Plaintiff witnessed over 8-10 notes that I completed, but they had not been paid out to me. Plaintiff met with Supervisor, Tiffani Cruz, and expressed my ongoing frustration with my pay. This was later paid out to me. On April 26, 2022 and April 27, 2022, medical staff requested Plaintiff to complete reassessments so clients could be seen the next business day. Plaintiff completed the reassessment in a timely manner. On May 1, 2022, the two re-assessments were again, not included onto my May 1, 2022

paycheck. Plaintiff notified Mr. Randy Joseph and Ms. Allyson about pay concerns. According to staff, the treatment plans needed to be amended. When I attempted to resolve the treatment plan issue, I was later told that the treatment plans were not signed. The treatment plans were in fact signed, so Plaintiff e-mailed signature pages again for verification. Plaintiff received an additional e-mail stating treatment plans still needed to be corrected. Trying to get resolution was extremely frustrating and finally, on May 15, 2022, Plaintiff received back pay for the above noted treatment plans. On April 27, 2022, Plaintiff received a phone call from Liberty Insurance advising that life policy had not been paid by Family Ties, Inc. despite it being deducted from payroll. On May 1, 2022, Plaintiff received a letter from Global Liberty indication policy was placed on a cancellation. Plaintiff uploaded cancellation notice and sent to Mr. Joseph, Ms. Allyson, and Ms. Tamara Jackson. Plaintiff failed to get a response on why policy had not been paid for over 3 days. Ms. Jackson, the Accountant, to date never replied to my e-mail, however, I was contacted by Ms. Allyson but was not provided a reason for such negligence. (Exhibit B, Letter from Life Insurance Company).

  6) Plaintiff noticed units from consumers were mysteriously removed and when Plaintiff attempted to bill for work done, units were gone. Plaintiff complained to Supervisors Tiffani Cruz and Elicia Green as well as Randy Joseph and Ms. Allyson. Back in January 2022, a Department of Family Children's Services Worker called to confirm that she sent units for a male consumer. She complimented me and expressed that she the service I provided and that the male

client was pleased with therapy. Upon checking and contacting Supervisors about the missing authorization and units DFCS alleged were sent, I received no response from my superiors. Two weeks later, Elicia Green finally noted she had been ill, which is why my e-mails went unheard. In January 2022, I received another call from a separate DFCS Worker. This case involved serious charges of animal cruelty and cruelty to children. This case worker called 6-7 times and left multiple messages requesting that I remain on the case to service two clients. Plaintiff responded by informing worker that I would love to provide services, however, there were no more units remaining. Plaintiff informed Supervisors Tiffani Cruz and Elicia Green that Case Worker insisted that she sent Authorization and units in early March 2022 so that consumers could remain in my care. Again, I received a second compliment, and consumers requested services from me. Plaintiff had last seen couple in January 2022. On May 13, 2022, Elicia Green, notified me via e-mail that these same clients and the case worker wanted me to continue with therapy. These clients mysteriously reappeared on my case 3 days ago and upon checking for Authorization, as the case worker stated, she in fact completed the authorization back in March 2022 and it was approved through July 22, 2022. There were only 2 hours remaining on this case. I did not feel comfortable taking over the case due to the missing units and the fact that the authorization was approved in March 2022, yet was placed onto my caseload on or around May 13, 2022. I suspected fraud and informed all parties involved. In March 2022, another separate Case Worker called about a consumer who I provided services too. Again, the Case Worker was pleased with

my work and wanted me to continue services. When I looked in the computer for authorization, I saw the units in which the case worker sent. When I went back into the computer and during a staffing, the units were gone. Finally, on a case that was recently added back to my caseload, I received multiple correspondences from DFCS indicating that authorization and monies had been sent to conduct therapy on a couple who were addicted to substances. Services were interrupted and Plaintiff was told that no units were available, however, upon having this case added to my caseload, the authorization had in fact been sent in January 2022. I did not feel comfortable attaching my name to these cases due to the missing units and the lies told by staff. I recorded our conversation for proof and verification and can prove my case before a jury trial. Furthermore, I was the only Therapist assigned to all of my cases. Family Ties, Inc. agreed to pay me for Therapy and Skills training, however, I was never compensated for Skills Training to date. This is months of work in which I was not paid for Skills Training. Again, I complained to Ms. Allyson, Ms. Tiffani Cruz, Ms. Elicia Green and Mr. Randy Joseph. According to Ms. Tiffani Cruz, the Skills units were all used up and I was told to request additional units so that I can provide Skills Training, in which I did. The only problem is, how can the Skills units be used up when I was the only person providing skills training but never received compensation? I in fact have e-mails, recording, and documentation to support my claims. When Plaintiff confronted staff via zoom that Plaintiff had concerns about fraud, I was attacked. During the conversation, in which I recorded, I informed Ms. Tiffani Cruz, Ms. Elicia Green, and Ms. Allyson that I needed a lawyer present and that I was

ending the zoom. I was then locked out of the computer system and terminated for taking a stand for my pay and for failing to participate in fraud. I have never been reprimanded prior to the zoom meeting on May18, 2022 and I was retaliated against for taking a stand for those in need of help, the mentally ill and the disabled. This behavior sickened me and caused me emotional distress. I feel badly for the clients I am no longer able to serve due to greed. It is my belief that Family Ties, Inc. owes me hundred of dollars. Plaintiff plans to file 1099A's with the Internal Revenue Service for the purpose of verification of wages.

## COUNT I
## VIOLATION OF THE FEDERAL TRADE COMMISSION ACT WHICH PROHIBITS UNFAIR AND DECEPTIVE BUSINESS PRACTICES SECTION 5 (a) OF THE FEDERAL TRADE COMMISSION ACT (FTC ACT)

Plaintiff alleges and adopts paragraphs as set forth herein and further alleges:

1) The Federal Trade Commission Act States as follows:

    Deceptive Practices: An act or practice is deceptive where a representation, omission, or practice misleads or is likely to mislead the consumer; a consumer's interpretation of the representation, omission, or practice is considered reasonable under the circumstances; and the misleading representation, omission, or practice is material.

    Unfair Practices: An act or practice is unfair where it causes or is likely to cause substantial injury to consumers; cannot be reasonably avoided by consumers; and is not outweighed by countervailing benefits to consumers or to competition. Public policy, as established by statute, regulation, or judicial decisions may be considered with all other evidence in determining whether an act or practice is unfair.

2) Plaintiff contends that Family Ties, Inc. are guilty of fraud theft, wrongful termination and retaliation.

3) Plaintiff contends that the Defendants are guilty of using deceptive business practices in an effort to steal money using Plaintiff's name. Defendants have continuously lied about the status of my pay.

4) At all times, defendants had a duty to obey the laws prescribed by the Federal Trade Commission Act which prohibits unfair and deceptive business practices. By failing to comply with these acts, the Defendants have acted in a negligent and abusive manner. Defendants are guilty of violating federal laws related to federal statute 18 USC 1343- Wire Fraud as a Federal Crime, 18 USC 1028A- Aggravated Identity Theft and Fraud and related activity in connection with identification documents, authentication features, and information, and 18 USC 1621- Perjury.

5) Wage Theft

6) Fraud and Identity Theft

**WHEREFORE**, plaintiff prays for judgment against the defendants as follows:

a. For general damages in excess of $1,250,000.00 (one million-two hundred and fifty thousand dollars)

b. For financial loss incurred, time loss, emotional distress, research fees

c. For cost of suit incurred herein

d. For pro se fees incurred herein, and

e. For such other and further relief as the court deems proper.

Dated: May 18, 2022

Respectfully Submitted by:
/s/ *Edgina T Hendrix Smith*
Edgina T. Hendrix Smith
3855 Yosemite Park Lane
Snellville, Georgia 30039
ginahendrix@hotmail.com
(305) 904-7059

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of May, 2022, a true and correct copy of the foregoing was mailed via certified mail with the USPS and filed with The United States District Court, Northern District of Atlanta, Georgia and a Copy will be mailed to defendant(s) via Regular USPS.

*I recorded conversations and kept records for proof of claim. Will present evidence + witnesses.*



**FamilyTies**

Family Ties, ...c.
270 Carpen... ...e 400
Sandy Spring. ...A 30328
678-460-0345

Check Date: 01/14/2022
Check Number: 902921927
Pay Frequency: Semi-Monthly
Pay Period Dates: 12/16/2021 - 12/31/2021
Tax Freq for this Payment: Semi-Monthly

### Employee Information

Edgina T Smith
3855 YOSEMITE PARK LANE
SNELLVILLE, GA 30039

ID#: 10102932
SSN:
Pay Type:
Base Rate:
Dept: Clinical

| Tax Type | Tax Jurisdiction | Status | Exem | Adjs | Other Tax Information |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | 2c: No |
| State | GA | D | 2 | | |

### Earnings

| Pd Start | Pd End | Description | Pay Rate | Hrs/Units | Earnings | YTD Hrs | YTD Earnings |
|---|---|---|---|---|---|---|---|
| | | FP Counsel | | 26.5000 | 715.50 | 26.5000 | 715.50 |
| | | Phone Reim | | | 40.00 | | 40.00 |
| | | FP Mileage | | | 17.28 | | 17.28 |
| | | MH Tele | | 8.5000 | 221.00 | 8.5000 | 221.00 |
| | | **Total Hours & Earnings** | | 35.0000 | 993.78 | 35.0000 | 993.78 |

### Pre-Tax Deductions Withheld

| Description | Sch/Amt | Curr Amt | YTD Amt |
|---|---|---|---|
| **Total Pre-Tax** | | | |

### Taxes Withheld

| Description | Tx Wages | Curr Amt | YTD Amt |
|---|---|---|---|
| Fed MWT EE | 936.50 | 13.58 | |
| Fed W/H | 936.50 | 39.69 | |
| FICA EE | 936.50 | 58.06 | |
| GA W/H | 936.50 | 24.40 | |
| **Total Taxes** | | 135.73 | |

### Post-Tax Deductions Withheld

| Description | Sch Amt | Curr Amt | YTD Amt |
|---|---|---|---|
| Bankruptcy | | 850.00 | 850.00 |
| **Total Post-Tax** | | 850.00 | |

*Handwritten note: "Money Kept until threatened to take legal action twice"*

### Other Payroll Information

Job Title: Therapist
Paid Time Off - Hours Balance Hours: 0.00
Paid Time Off - Hours Restricted Bala: 0.00

### Net-Pay Distribution

| Description | Account Number | Amount |
|---|---|---|
| Check | | |

### Gross To Net Recap

| | Paid | Pre-Tax Ded | Taxes | Ded | Total Net Pay |
|---|---|---|---|---|---|
| Current | 993.78 | 0.00 | 135.73 | 850.00 | 8.05 |
| YTD | 993.78 | 0.00 | 135.73 | 850.00 | 8.05 |

Statement Of Earnings — Detach at perforation below and keep for your records. — A Payroll Service By ...

---

**FamilyTies**

**Family Ties Enterprise, Inc.**
270 Carpenter Dr Ste 400
Sandy Springs, GA 30328

BANK OF AMERICA, N.A.
PO BOX 27025
RICHMOND VA 23261

64-1278/611

Payment Solutions Support
17390 Brookhurst St
Fountain Valley CA 92708

DATE: 01/14/2022

CHECK NO: 902921927

**PAY** Eight and 05/100 Dollars

$8.05

TO THE ORDER OF

Edgina Smith
3855 YOSEMITE PARK LANE
SNELLVILLE, GA 30039

*Handwritten: "Exhibit A"*

VOID AFTER 180 DAYS

*Signed: Charles Edwin ...*

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK

⑆902921927⑆  ⑈061112788⑈  329 902 0208⑈

I attempted to call twice yesterday, and I also called Ms. Tamara Jackson's voicemail but have not received a reply. I await your response. Thanks,

Edgina Smith, Therapist

**From:** EDGINA SMITH
**Sent:** Monday, May 9, 2022 6:30 PM
**To:** Tamara Jackson <tjackson@familytiesinc.com>
**Cc:** Allyson Moore <amoore@familytiesinc.com>
**Subject:** INSURANCE NON-PAYMENT AND CANCELATION ENCLOSED FOR EDGINA T. HENDRIX SMITH

GOOD EVENING MS. JACKSON:

I SENT YOU A PREVIOUS E-MAIL REGARDING A LIFE INSURANCE POLICY THAT I HAD TAKEN OUT. I RECEIVED A PHONE CALL FROM A MS. RUBY INDICATING THAT THE BILL WAS DUE BUT HAD NOT BEEN PAID BY PAYROLL. I WENT TO MY MAILBOX AND FOUND THIS LETTER INSIDE. CAN YOU PLEASE LET ME KNOW WHAT IS GOING ON? ALSO, CAN YOU PLEASE PROVIDE ME WITH THE OTHER INSURANCE INFORMATION, INCLUDING PHONE NUMBERS FOR MY SHORT TERM DISABILITY POLICY AND ANOTHER POLICY THAT I TOOK OUT IN THE WINTER OF 2021?

I WOULD GREATLY APPRECIATE IT. JUST WANT TO ENSURE THAT MY AFFAIRS ARE IN ORDER. THANK YOU IN ADVANCE!

EDGINA SMITH, THERAPIST

Exhibit B



PO Box 248889
Oklahoma City, OK 73124
888-488-0134
GlobeLifeLibertyNational.com

May 2, 2022

RE: FAMILY TIES

00158 / 00228

EDGINA T SMITH
3855 YOSEMITE PARK LANE
SNELLVILLE GA 30039

| | |
|---|---|
| Monthly Premium: | $33.53 |
| Premium with Auto-Pay: | $33.53 |
| Due Date: | 05/01/2022 |
| Total Amount Due: | $33.53 |

## Payment Notice

Your employer has notified us to remove your insurance listed on this notice from the payroll deduction billing. However, you can continue your coverage by completing the Auto-Pay Authorization on the back of this letter and returning it to us with your payment for the Total Amount Due. Thereafter, we will draft your bank account each month for the monthly amount due.

If you do not wish to pay by bank draft, please remit the amount due shown below with the premium notice attached to the bottom of this page. We will then send you a premium notice when your insurance becomes due in the future.

You are a valuable customer and we hope to continue serving your insurance needs. If you have any questions, please contact us at 888-488-0134.

*Policy details continued on reverse*

### Policy Info

**Policy #:** A042683938

Underwritten by Liberty National Life Insurance Company, a Globe Life company

### Need Assistance?

 LNWorksite@Globe.Life

 888-488-0134
Mon – Fri, 7:30am – 5:00pm
Central Time

---

F0768

**RETURN THIS STUB BELOW WITH PAYMENT. MAKE YOUR CHECK PAYABLE TO LIBERTY NATIONAL**

Edgina T Smith
3855 Yosemite Park Lane
Snellville GA 30039

Bill Date: 05/02/2022
Phone: 305-904-7059
Email: ginahendrix@hotmail.com

| | |
|---|---|
| Due Date: | 05/01/2022 |
| Total Amount Due: | $33.53 |

### Policy Info

**Policy #:** A042683938

**MAIL TO:** ATTN: LN Worksite Billing Dept.
PO Box 248889
Oklahoma City, OK 73124

☐ I'd like to make automatic payments from my checking account (see reverse side).


Exhibit B

# Fw: INSURANCE NON-PAYMENT AND CANCELATION ENCLOSED FOR EDGINA T. HENDRIX SMITH

EDGINA SMITH <esmith@familytiesinc.com>
Thu 5/12/2022 3:41 AM

To: Randy Joseph <RJoseph@familytiesinc.com>
Cc: Allyson Moore <amoore@familytiesinc.com>

Why did it stop? I never requested for it to be stopped. I left 1 voicemail message and I called you 4 times. I sent several emails, and I thought the policy was to respond to e-mails and phone calls every 4 hours or at least once a day. I also requested the phone numbers for my other policies. I really need to investigate.

I am a military veteran, so I never took out medical insurance, however, I took out an additional policy for short term disability as well as for another life policy with Colonial. Can you please provide me with the phone number so that I can verify. Also, can you please explain why this policy was unpaid and stopped? I really need all of these matters addressed today, if possible. The sooner the better.

Edgina Smith, Therapist

**From:** Tamara Jackson <tjackson@familytiesinc.com>
**Sent:** Wednesday, May 11, 2022 2:33 PM
**To:** EDGINA SMITH <esmith@familytiesinc.com>
**Cc:** Randy Joseph <RJoseph@familytiesinc.com>; Allyson Moore <amoore@familytiesinc.com>
**Subject:** Re: INSURANCE NON-PAYMENT AND CANCELATION ENCLOSED FOR EDGINA T. HENDRIX SMITH

Hi:

Unfortunately, I did not receive a voice message from you today or yesterday. As Allyson explained, we were away from the office on Monday and Tuesday.

I did investigate your request further. It appears that your policy was inadvertently terminated. I have reached out to Liberty National for them to reinstate the policy. They may reach out to you again for verification and additional information. Your payroll deductions have not stopped. Your portion of the monthly invoice will be paid on your behalf once the policy reinstated.

Thanks,

Tamara Jackson
Family Ties Enterprise, Inc.
770.331.0109 (Cell)

**From:** EDGINA SMITH <esmith@familytiesinc.com>
**Date:** Wednesday, May 11, 2022 at 8:27 AM
**To:** Tamara Jackson <tjackson@familytiesinc.com>
**Cc:** Randy Joseph <RJoseph@familytiesinc.com>
**Subject:** Fw: INSURANCE NON-PAYMENT AND CANCELATION ENCLOSED FOR EDGINA T. HENDRIX SMITH

Good Morning:

Elicia Green, M ED ST
Regional Lead
Region 2 (Gwinnett, Forsyth, Hall Counties)
Family Ties Enterprises, Inc
270 Carpenter Dr NE, Suite 400
Sandy Springs, GA 30328

Confidentiality Notice: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential, propriety, and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by person or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers.

HIPAA Privacy Notice: HIPAA requires covered entities to safeguard certain Protected Health Information (PHI) related to a person's healthcare. Information being sent to you may include PHI, after appropriate consent, acknowledgement, or authorization from the patient or under circumstances that do not require patient authorization. You may not re-disclose this patient information without additional patient consent or as required by law. Unauthorized re-disclosure or failure to safeguard PHI could subject us, or you, to penalties described in federal and state law. If you, the reader of this message, are not the intended recipient, please notify us immediately and destroy the related message.

Re: E. ~~Caylor~~/Smith Case

**EDGINA SMITH** <esmith@familytiesinc.com>
Thu 5/12/2022 3:57 AM

To: Elicia Green <egreen@familytiesinc.com>
Cc: Tiffani Cruz <TCruz@familytiesinc.com>

I told her there are no units. I left her a message and called her previously. This case was removed from my caseload. I do not know her number. I feel a Supervisor should contact her. What more can I say regarding this case? You assigned this case to another Therapist who is working with their child. Perhaps you should notify that therapist. I called her last week and told her there are no units. I haven't written a note on Caylor since January 2022.

Also, units for ~~Ward~~ reappeared. The dates for unit approval are showing back up during the time in which I stopped seeing her because she ran out of units, and this makes no sense. The Judge and her lawyer and case worker keep calling me regarding units. I have nothing to do with units. I see clients and provide therapy and I ask for more if necessary. I have asked more units for a couple of clients, and the workers swear they send the units but I never get them.

Yesterday, the Case Worker for ~~Alexi Figueroa~~ and ~~Joseph Beaucaire~~ sent me a copy for proof that she sent the units. I called Christi Gilbert and they were added back to my caseload. This case was a serious one. I have no idea of what is going on and only a Supervisor could answer her questions. I stopped seeing them because they are out of units. If you provide me with her number, I will call her. I do not have access to the worker's info once the case is removed from my caseload. I am concerned about ~~Ray Wilson~~ as well. The Judge and Case Worker wanted him to remain in therapy. When I went to work on a note, the units were there. When I went back in to complete the note, his units were gone. I don't know what is going on. The clients and workers ask for me because they like me, I respond to them and they call me personally and tell me units have been sent. I never get units and the cases have to close. Maybe there is a disconnect in the chain. I feel badly for the client when I have to terminate their services and the Worker keeps telling me that units were sent. Please provide me with her number, and I will call her today. This morning. Thanks.

Edgina Smith, Therapist


**From:** Elicia Green <egreen@familytiesinc.com>
**Sent:** Wednesday, May 11, 2022 11:38 AM
**To:** EDGINA SMITH <esmith@familytiesinc.com>
**Cc:** Tiffani Cruz <TCruz@familytiesinc.com>
**Subject:** E. Caylor/Smith Case

Good Afternoon Edgina,

Were you able to follow up with DFCS Ms. ~~Wilson~~ about therapy services for the Caylor case? If not, please do.

Thanks,

Elicia

*[handwritten note: Names blackened due to confidentiality + Hippa laws]*

**From:** EDGINA SMITH <esmith@familytiesinc.com>
**Sent:** Wednesday, May 11, 2022 11:05 AM
**To:** Peter Adzudzor <PAdzudzor@familytiesinc.com>
**Subject:** Reassessments and Payments for Selene and Isabella Marcello

Good Morning Mr. Peter:

I noticed that the reassessments were not locked regarding the above noted clients that I completed reassessments on back on 4/26 and 4/27/2022. Can you please call me at 305-904-7059 so that we can discuss and resolved, and so that I can be compensated. I would greatly appreciate it.

Edgina Smith, Therapist
cell: 305-904-7059

*[Handwritten note: It was sent via email on 4/26 + 4/27. Already received or shortly after.]*